**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **MIKE BUOY, ET AL.,** | § | |
| | § | |
| ***Plaintiffs,*** | § | |
| | § | |
| ***vs.*** | § | **Civil Action No. 1:16-CV-00635** |
| | § | |
| **VOLKSWAGEN GROUP OF AMERICA, INC.,** | § | |
| | § | |
| | § | |
| ***Defendant.*** | § | |

**NOTICE OF WITHDRAWAL AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO RULE 41(a) BY PLAINTIFFS SCOTTIE COOPER, LISA CRAWFORD, BENJAMIN FRUIN, TAARNA HOPKINS, FRANK JAKUBIK, KEVIN MCCULLOUGH, MICHAEL OGLES, DARRYL RHUDE, TAMMY SEGARRA, AND ROSS TEEMANT ONLY**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs Scottie Cooper, Lisa Crawford, Benjamin Fruin, Taarna Hopkins, Frank Jakubik, Kevin McCullough, Michael Ogles, Darryl Rhude, Tammy Segarra, and Ross Teemant, through their counsel, hereby voluntarily withdraw from this action and dismiss their claims without prejudice. Claims brought by all other Plaintiffs remain.

**RESPECTFULLY SUBMITTED:**

By: ____________________________

Craig M. Patrick
Texas Bar No. 00792743
PATRICK LAW FIRM, P.C.
6244 E. Lovers Lane
Dallas, Texas 75214
Phone: (214) 390-3343
Fax: (469) 914-6565
craigpatrick@att.net
**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2016, a copy of the foregoing Notice of Withdrawal and Voluntary Dismissal was served electronically through the CM/ECF system for the U.S. District Court, Western District of Texas, on all counsel of record registered to receive service through this District's CM/ECF system.

____________________________
Craig M. Patrick